■ W. D. BOCCARD & SONS, INC., Respondent, v JOSEPH CONFORTI et al., Appellants, and ARTHUR ACENSO, Doing Business as C & A CONTRACTING Co., Defendant and Third-Party Plaintiff-Respondent. LOUIS MOURELATOS et al., Third-Party Defendants-Appellants.—In an action for breach of a construction contract, the appeal is from a judgment of the Supreme Court, Suffolk County, entered January 19, 1978, which, after a nonjury trial, was in favor of the respondents. Judgment affirmed, with costs. The record supports the trial court's conclusion that Arthur Acenso substantially performed his contractual obligations. Titone, J. P., Rabin, Gulotta and Cohalan, JJ., concur.